UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT MANINO,

                        Petitioner,

  -against-

JOSEPH SMITH, Superintendent,

                        Respondent.
------------------------------------------------------------X

JUDGMENT
04-CV- 5220 (ARR)

      A Memorandum and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on April 29, 2005, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying the petition for a writ of habeas corpus; and that no Certificate of Appealability is granted.

Dated: Brooklyn, New York
         May 02, 2005

                                                            ROBERT C. HEINEMANN
                                                           Clerk of Court